UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 16-CR-10178 DJC (S) |
| v. | ) Violations: |
| (1) JESUS GONZALEZ, a.k.a. G, | ) 21 U.S.C. § 846 – Conspiracy to Distribute and to Possess with Intent to Distribute Heroin and Fentanyl |
| (2) JENSSI ASTACIO, a.k.a. J, | ) |
| (3) GORKY GONZALEZ, | ) 21 U.S.C. § 846 – Conspiracy to Distribute and to Possess with Intent to Distribute Oxycodone |
| (4) CRAIG DRUMMOND, a.k.a. Drum, | ) |
| (5) DARREN INFANTE, | ) 18 U.S.C. § 1956(h) – Conspiracy to Launder Monetary Instruments |
| (6) MOSES RODRIGUEZ, a.k.a. Moe, | ) |
| (7) GEORGE NOUKAS, | ) 21 U.S.C. § 853 – Drug Asset Forfeiture Allegation |
| (8) JUAN REYES, | ) 18 U.S.C. § 982(a)(1) – Money Laundering Forfeiture Allegation |
| (9) JOHNNY URENA, a.k.a. Stacks, | ) |
| and | ) |
| (10) JEFFREY BRATHWAITE, a.k.a. Sticks, | ) |
| Defendants. | ) |

## SUPERSEDING INDICTMENT

**COUNT ONE: Title 21, United States Code, Section 846 – Conspiracy to Distribute and to Possess with Intent to Distribute Heroin and Fentanyl**

The Grand Jury charges that:

From a date unknown to the Grand Jury, but by no later than April 24, 2014, and continuing thereafter until on or about March 1, 2017, in Boston, Lawrence, Haverhill, and

elsewhere in the District of Massachusetts, the Southern District of Florida, and elsewhere,

(1) JESUS GONZALEZ, a.k.a. G,
(6) MOSES RODRIGUEZ, a.k.a. Moe,
(7) GEORGE NOUKAS,
(9) JOHNNY URENA, a.k.a. Stacks, and
(10) JEFFREY BRATHWAITE, a.k.a. Sticks,

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree, with each other and with other persons known and unknown to the Grand Jury, to possess with intent to distribute, and to distribute, a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in this Count involved 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Sections 841(b)(1)(B)(i) and (vi) apply to this Count.

It is further alleged that, with respect to this Count, 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, are attributable to, and were reasonably foreseeable by, (1) JESUS GONZALEZ. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(i) and (vi) applies to defendant (1) JESUS GONZALEZ.

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO: Title 21, United States Code, Section 846 – Conspiracy to Distribute and to Possess with Intent to Distribute Oxycodone**

The Grand Jury charges that:

From a date unknown to the Grand Jury, but by no later than April 24, 2014, and continuing thereafter until on or about March 1, 2017, in Boston, Lawrence, Haverhill, and elsewhere in the District of Massachusetts, the Southern District of Florida, and elsewhere,

(1) JESUS GONZALEZ, a.k.a. G,
(2) JENSSI ASTACIO, a.k.a. J,
(3) GORKY GONZALEZ,
(4) CRAIG DRUMMOND, a.k.a. Drum,
(5) DARREN INFANTE,
(8) JUAN REYES, and
(9) JOHNNY URENA, a.k.a. Stacks,

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree, with each other and with other persons known and unknown to the Grand Jury, to possess with intent to distribute, and to distribute, oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

**COUNT THREE: Title 18, United States Code, Section 1956(h) – Conspiracy to Launder Monetary Instruments**

The Grand Jury charges that:

From a date unknown to the Grand Jury, but by no later than April 24, 2014, and continuing thereafter until on or about March 1, 2017, in Boston, Lawrence, Haverhill, and elsewhere in the District of Massachusetts, the Southern District of Florida, and elsewhere,

(1) JESUS GONZALEZ, a.k.a. G,
(2) JENSSI ASTACIO, a.k.a. J,
(4) CRAIG DRUMMOND, a.k.a. Drum
(5) DARREN INFANTE,
(6) MOSES RODRIGUEZ, a.k.a. Moe,
(8) JUAN REYES, and
(9) JOHNNY URENA, a.k.a. Stacks,

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree, with each other and with persons known and unknown to the Grand Jury, to conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is, narcotics trafficking, knowing that the property involved in such transactions represented the proceeds of some form of unlawful activity, with the intent to conceal the nature, source, location, ownership, or control of the proceeds, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

**DRUG FORFEITURE ALLEGATION**
**(Title 21, United States Code, Section 853)**

The Grand Jury further alleges that:

1. The allegations of Counts One and Two of this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

2. Upon conviction of one or more of the offenses in violation of Title 21, United States Code, Section 846, set forth in Counts One and Two of this Superseding Indictment,

(1) JESUS GONZALEZ, a.k.a. G,
(2) JENSSI ASTACIO, a.k.a. J,
(3) GORKY GONZALEZ,
(4) CRAIG DRUMMOND, a.k.a. Drum,
(5) DARREN INFANTE,
(6) MOSES RODRIGUEZ, a.k.a. Moe,
(7) GEORGE NOUKAS,
(8) JUAN REYES, and
(9) JOHNNY URENA, a.k.a. Stacks, and
(10) JEFFREY BRATHWAITE, a.k.a. Sticks,

defendants herein, shall forfeit to the United States, jointly and severally, pursuant to Title 21, United States Code, Section 853(a), any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of the offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations. The property to be forfeited includes, but is not limited to, the following assets:

(a) Approximately $64,344 in United States Currency seized from 39 Greenville Street, Apartment 2, Haverhill, Massachusetts, on or about June 6, 2016;

(b) One silver 2010 Mercedes E class sedan bearing Vehicle Identification Number WDDHF8HB3AA150658, and Massachusetts registration number TC54FL; and

(c) approximately $1,100,000, to be entered in the form of a forfeiture money

judgment.

2. If any of the property described in paragraph 2 hereof as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act and omission of the –

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in Paragraph 2 above.

All pursuant to Title 21, United States Code, Section 853.

**MONEY LAUNDERING FORFEITURE ALLEGATION**
**(Title 18, United States Code, Section 982(a)(1))**

The Grand Jury further alleges that:

1. Upon conviction of the offense alleged in Count Three of this Superseding Indictment,

(1) JESUS GONZALEZ, a.k.a. G,
(2) JENSSI ASTACIO, a.k.a. J,
(4) CRAIG DRUMMOND, a.k.a. Drum,
(5) DARREN INFANTE,
(6) MOSES RODRIGUEZ, a.k.a. Moe,
(8) JUAN REYES, and
(9) JOHNNY URENA, a.k.a. Stacks,

defendants herein, shall forfeit to the United States, jointly and severally, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such offense, and any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

a. approximately $64,344 in United States Currency seized from 39 Greenville Street, Apartment 2, Haverhill, Massachusetts, on or about June 6, 2016; and,

b. A sum of money equal to the total amount of money involved in the offense, or conspiracy to commit such offense, for which the defendant is convicted, to be entered in the form of a forfeiture money judgment.

2. If any of the above-described forfeitable property, as a result of any act or omission of any defendant –

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 982(a)(1).

A TRUE BILL

FOREPERSON OF THE GRAND JURY

KAREN D. BEAUSEY
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS; March 8, 2017

Returned into the District Court by the Grand Jurors and filed.

@ 12:11PM
DEPUTY CLERK