10236756

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

FILED
IN CLERKS OFFICE
'17 MAR 20 PM 2 22
U.S. DISTRICT COURT
DISTRICT OF MASS.

United States of America
v.
DARREN INFANTE
*Defendant*

Case No. 16-CR-10178 DJC (S)

2017 MAR -8 P 1:15
RECEIVED
U.S. MARSHALS SERVICE
BOSTON, MA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* DARREN INFANTE,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☒ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
21 U.S.C. §846 - Conspiracy to Distribute and to Possess with Intent to Distribute Oxycodone
18 U.S.C.§1956(h) - Conspiracy to Launder Monetary Instruments

UNITED STATES DISTRICT COURT — DISTRICT OF MASSACHUSETTS

Date: March 8, 2017

[signature]
*Issuing officer's signature*

City and state: Boston, Massachusetts

~~Chief Magistrate Judge Jennifer C. Boal~~ David H. Hennessy
*Printed name and title*

### Return

This warrant was received on *(date)* ______, and the person was arrested on *(date)* ______
at *(city and state)* ______.

Date: ______

WARRANT EXECUTED BY
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 3/16/17

*Arresting officer's signature*

*Printed name and title*